PD-0686-15



# DISTRICT ATTORNEY'S OFFICE
# WICHITA COUNTY, TEXAS

WICHITA COUNTY COURTHOUSE  900 SEVENTH STREET
WICHITA FALLS, TEXAS 76301-2482
TELEPHONE: (940) 766-8113  FAX: (940) 716-8530



PD-0686-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/19/2015 10:53:26 AM
Accepted 8/20/2015 12:44:56 PM
ABEL ACOSTA
CLERK

**MAUREEN SHELTON**
WICHITA COUNTY
CRIMINAL DISTRICT ATTORNEY

**MELISSA BOUTWELL**
EXECUTIVE ASSISTANT

**JOHN GILLESPIE**
FIRST ASSISTANT
DISTRICT ATTORNEY

**JOHN LITTLE**
CHIEF INVESTIGATOR

August 19, 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Re:     *Michael Oliver Smith v. State*, No. PD-0686-15.
        Second Court of Appeals No. 02-13-00319-CR

Dear Mr. Acosta,

The State will not be filing a reply to appellant's pro se petition for discretionary review.

Sincerely,

  /s/Carey Jensen
Carey Jensen
Assistant Criminal District Attorney
Wichita County, Texas

cc:     State Prosecuting Attorney, via email
        information@spa.texas.gov

        Michael Oliver Smith
        TDC# 1873307
        Michael Unit
        2664 FM 2054
        Tennessee Colony, TX 75886

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK